# Court of Appeals, State of Michigan

## ORDER

Thaddeus J Andrusz v Jacqueline R Andrusz

Docket No. 331339

LC No. 2008-744224-DM

Michael J. Riordan
Presiding Judge

Amy Ronayne Krause

Brock A. Swartzle
Judges

The Court orders that the July 13, 2017 opinion is hereby AMENDED to correct a clerical error. The first sentence in the last paragraph is amended to read: "The trial court's order is reversed to the extent it includes the entirety of plaintiff's earned income beyond his taxable income in calculating his spousal support obligations." In all other respects, the July 13, 2017 opinion remains unchanged.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

JUL 18 2017

Date

Chief Clerk